UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**January 24, 2013**

Mr. James Watson
507 Freeman
Jonesboro, AR 72401

     Re:    *Watson v. Ephlin, et al.*, 3:11-CV-00269-BRW

Dear Mr. Watson:

I have received Defendant's Motion to Dismiss, which was filed on January 4, 2013.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 5:00 p.m. on Thursday, January 31, 2013, I will grant the motion.

                                     Cordially,

                                     /s/ Billy Roy Wilson

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Tuesday, January 22, 2013.