IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WATSON                                                                                              PLAINTIFF

VS.                                              NO. 3:11CV00269 BRW

BOBBY EPHLIN, et al.                                                                                  DEFENDANTS

## ORDER

Pending is Defendants' Motion to Dismiss and for Costs and Alternative Motion to Stay (Doc. No. 31).  For the reasons discussed below, Defendants' Motion is DENIED.

The basis of the Motion, is that Plaintiff failed to show up to his deposition scheduled for December 13, 2012.  It appears Plaintiff was incarcerated on that date.  Accordingly, Defendants' Motion is Denied.

Based on Plaintiff's response,[1] the clerk of the court is directed to send Plaintiff a copy of the September 18, 2012 scheduling order (Doc. No. 30).

IT IS SO ORDERED this 6th day of February, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 36.