UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM D403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**June 6, 2013**

Mr. James Watson
507 Freeman
Jonesboro, AR 72401

    Re:    *Watson v. Ephlin, et al.,* 3:11-CV-00269-BRW

Dear Mr. Watson:

I have received a Motion to Dismiss (Doc. No. 65) filed by Separate Defendant Chris Lassley on May 16, 2013.  Your response to the Motion to Dismiss was due on June 3, 2013.

I have received a Motion for Summary Judgment (Doc. No. 67) filed by Separate Defendants Grant Barnett, Kyle Carr, Chris Ellis, Jerry Henry, and Betty Thompson on May 16, 2013.  Your response to the Motion for Summary Judgment was due on June 3, 2013.

I assume that since you have not filed responses to the Motion to Dismiss and Motion for Summary Judgment you agree with Defendants' positions.  If you choose not to respond by 5:00 p.m. on Thursday, June 13, 2013, I will grant the Motions.

                                             Cordially,

                                             /s/ Billy Roy Wilson

Original to the Clerk of the Court
cc:    Other Counsel of Record