IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WATSON                                                                                   PLAINTIFF

VS.                                      3:11-CV-00269-BRW

BOBBY EPHLIN, *et al.*                                                                    DEFENDANTS

## ORDER

Pending is Separate Defendant Chris Lassley's Motion to Dismiss (Doc. No. 65). Plaintiff's response was due on June 3, 2013, but I extended the time to respond until June 14, 2013.  Still, no response has been filed.  Accordingly, the Motion to Dismiss is GRANTED.

Also Pending is the Motion for Summary Judgment (Doc. No. 67) filed by Separate Defendants Grant Barnett, Kyle Carr, Chris Ellis, Jerry Henry, and Betty Thompson.  Plaintiff's response was due on June 3, 2013, but I extended the time to respond until June 14, 2013.  Still, no response has been filed.  Accordingly, the Motion for Summary Judgment is GRANTED.

Accordingly, all claims against Separate Defendants Grant Barnett, Kyle Carr, Chris Ellis, Jerry Henry, Chris Lassley, and Betty Thompson are DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of June, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE