IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WATSON                                                                                          PLAINTIFF

VS.                                      3:11-CV-00269-BRW

BOBBY EPHLIN, *et al.*                                                                           DEFENDANTS

## ORDER

Pending is Plaintiff's motion to appoint counsel (Doc. No. 81). Plaintiff's motion is GRANTED.

J. Lamar Porter, Brad Hendricks Law Firm, 1500 Pleasant Valley Drive, Suite C, Little Rock, Arkansas, 72227, is APPOINTED to represent Plaintiff in this action. The Clerk of the Court is directed to send Mr. Roberts a copy of this Order and the entire case file. If Mr. Roberts is unable to serve as appointed counsel, he must file a motion to withdraw within 21 days of the receipt of this Order.[1]

IT IS SO ORDERED this 27th day of June, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Local Rule 83.7.

1