IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WATSON                                                                                       PLAINTIFF

VS.                                              3:11-CV-00269-BRW

BOBBY EPHLIN, *et al.*                                                                       DEFENDANTS

## ORDER

Pending is Petitioner Lamar Porter's Motion to Withdraw as Attorney for the Plaintiff (Doc. No. 85). Mr. Porter's Motion is GRANTED.

John C. Barttelt, 403 South Main Street, Jonesboro, Arkansas 72401, is APPOINTED to represent Plaintiff in this action. The Clerk of the Court is directed to send Mr. Barttelt a copy of this Order and the entire case file. If Mr. Barttelt is unable to serve as appointed counsel, he must file a motion to withdraw within 21 days of the receipt of this Order.[1]

IT IS SO ORDERED this 12 th day of July, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Local Rule 83.7.

1