IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WATSON                                                                                          PLAINTIFF

VS.                                          3:11-CV-00269-BRW

BOBBY EPHLIN, *et al.*                                                                            DEFENDANTS

## ORDER

Pending is Plaintiff's Unopposed[1] Motion for Continuance (Doc. No. 88).  The Motion is GRANTED.  The case will be removed from the Court's trial docket of July 30, 2013.  A new scheduling order will be entered forthwith.

IT IS SO ORDERED this 19th day of July, 2013.

                                      /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE

---

[1] See Doc. No. 89.