IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WATSON                                                                                         PLAINTIFF

VS.                                          3:11-CV-00269-BRW

BOBBY EPHLIN, *et al.*                                                                           DEFENDANTS

## ORDER

Pending is Plaintiff's Unopposed Motion for Continuance (Doc. No. 96). The Motion is GRANTED. The case will be removed from the Court's trial docket of February 18, 2014 and a new scheduling order will be forthwith entered.

IT IS SO ORDERED this 3rd day of December, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE