UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM D403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 6, 2014**

| | |
|---|---|
| Mr. John C. Barttelt | Via email to barttelt@yahoo.com |
| 403 South Main St. | |
| Jonesboro, AR 72401-2954 | |
| | |
| Mr. Colin P. Wall | Via email to wall@rainfirm.com |
| Mr. Robert L. Beard, Jr. | Via email to beard@rainfirm.com |
| Rainwater, Holt & Sexton P.A. | |
| Post Office Box 17250 | |
| Little Rock, AR 72222-7250 | |

    Re:    *Watson v. Ephlin,* 3:11-CV-00269-BRW

Dear Counsel:

As you know, this case is set for trial on September 9, 2014. I plan on trying it or dismissing it.

                      Cordially,

                      /s/ Billy Roy Wilson

Original to the Clerk of the Court